**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT CINCINNATI)**

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons,  <br><br>   Plaintiff,  <br><br>v.  <br><br>ADDISON HEALTH SYSTEMS, INC., and JOHN DOES 1-5,  <br><br>   Defendants. | Civil Action No. 1:17-cv-466-TSB  <br><br>**Judge: Timothy S. Black**  <br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Physicians Healthsource, Inc. hereby gives notice of the dismissal of this action.

Respectfully submitted,

*/s/Matthew E. Stubbs*
GEORGE D. JONSON (0027124)
MATTHEW E. STUBBS (0066722)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio  45202
(513) 241-4722
(513) 241-8775 (fax)
Email:  gjonson@mrjlaw.com
        mstubbs@mrjlaw.com

*Counsel for Physicians Healthsource, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/Matthew W. Stubbs*
Matthew E. Stubbs